### 16095. MULL *v.* THE STATE.

BROYLES, C. J. In the light of the entire charge of the court and the facts of the case, the several exceptions to the charge are without substantial merit; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

    *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

      DECIDED MARCH 4, 1925.

Indictment for assault with intent to murder; from Putnam superior court—Judge Park. November 10, 1924.

*R. C. Jenkins,* for plaintiff in error.

*Doyle Campbell, solicitor-general pro tem., A. Y. Clement,* contra.